IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26- 170 |
| | ) | |
| v. | ) | (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846; and 18 U.S.C. § 924(c)) |
| | ) | |
| | ) | |
| KEON SMALLS | ) | **[UNDER SEAL]** |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about November 19, 2025, in the Western District of Pennsylvania, the defendant, KEON SMALLS, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(C)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

FILED

AUG 18 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**COUNT TWO**

The grand jury further charges:

On or about November 19, 2025, in the Western District of Pennsylvania, the defendant, KEON SMALLS, did knowingly and unlawfully carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of a controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), charged in Count One of the Indictment, and did knowing and unlawfully possess said firearm in furtherance of said drug trafficking crime.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT THREE**

The grand jury further charges:

On or about March 19, 2026, in the Western District of Pennsylvania, the defendant, [redacted], did knowingly, intentionally and unlawfully possess with intent to distribute and distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(C)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FOUR**

The grand jury further charges:

On or about May 6, 2026, in the Western District of Pennsylvania, the defendants, AND KEON SMALLS, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, respectively (Title 21, United States Code, Section 841(b)(1)(C)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FIVE**

The grand jury further charges:

On or about May 6, 2026, in the Western District of Pennsylvania, the defendants, [redacted] AND KEON SMALLS, did knowingly, intentionally and unlawfully conspire with one another to possess with intent to distribute and distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

**FORFEITURE ALLEGATIONS**

The United States hereby gives notice to the defendants charged in Counts One, Three, Four and Five that, upon their conviction of any such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which requires any person convicted of any such offenses to forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offenses, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offenses, including, but not limited to, the following:

(a) a Glock model 21, .45 caliber pistol, bearing serial number AKHB220GA;

(b) a .45 caliber handgun magazine;

(c) .45 caliber ammunition; and

(d) $4,440.00 in United States currency.

The United States hereby gives notice to the defendant charged in Count Two that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense including, but not limited to:

(a) a Glock model 21, .45 caliber pistol, bearing serial number AKHB220GA;

(b) a .45 caliber handgun magazine; and

(c) .45 caliber ammunition;

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

ADAM J. BARR
Assistant United States Attorney
PA ID No. 312286